**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ROMAN MURRAY,

Petitioner,

23 **CIVIL** 3176 (MKV)

-against-

**JUDGMENT**

J. L. JAMINSON,

Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2026, the Petitioner's petition for habeas relief is hereby DENIED in its entirety; accordingly, the petition is dismissed and the case is closed.

**DATED:** New York, New York
September 15, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**